

# Fourth Court of Appeals
## San Antonio, Texas

August 23, 2019

No. 04-19-00097-CV

Laura Zamora **BERINGER,**
Appellant

v.

Michael **BERINGER,**
Appellee

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2017FLB001191C1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

Appellant's brief was due on June 24, 2019, but has not been filed. On August 12, 2019, the Clerk of Court notified appellant that her brief was late and requested appellant to respond to the notice within ten days. On August 20, 2019, appellant responded and filed a motion to extend the time to file her brief, requesting a sixty-day extension of the time for filing the brief. We GRANT appellant's motion and extend the deadline for appellant to file her brief to August 23, 2019. Further requests for extensions of time will be disfavored.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court